## OHIO vs. GARDNER.

Bail cannot be witnesses for their principals.
In all trials for criminal offences, the person charged may give evidence of his character
and conduct.

INDICTMENT, for passing a forged note.

PLEA—not guilty·

On the trial, John Coulter was called as a witness on the part of
the state.

WRIGHT and DODDRIDGE, for the defendant, objected that Coulter
was bail for the defendant's apppearance, and was therefore incompe-
tent to be a witness.

POTTER and WHITTLESEY, for the state.

PRESIDENT.—Bail cannot be witnesses for their principals,
because they have a direct interest in the event of the suit; but this

interest may be put an end to, by the condition of the bond COLUMBIANA. or recognizance being complied with, and when so put an April, 1817. end to, bail become competent witnesses; bail may also be Ohio called as witnesses against their principals, for a man shall *v.* Gardner. not, by his own act, deprive another, without his consent, of his testimony. It should seem that, as the defendant is in court and on trial, his appearance bail are exonerated. Let the witness be sworn.

The counsel for the defendant offered to prove, that the defendant's character, before this accusation, was a good one, and that as soon as he heard that a complaint was made against him, he immediately came forward to meet it.

The latter was objected to, and it was observed that to admit such evidence was to allow men to make evidence for themselves.

PRESIDENT.—It has been sometimes holden, that a prisoner could not give his character in evidence, except in capital cases. This, however, was not the ancient common law, *that* made no such distinction: and now it is of course, in all trials for criminal offences, to admit such evidence—and very properly I think—for good character is of very great weight and importance in repelling a criminal charge· Conduct is character; how but, from the conduct of a man, can his character be estimated? Flight has ever been considered as an evidence of guilt: a voluntary appearance is equal evidence of innocence. In neither case is such evidence conclusive: but in both, it is material to a full understanding of the case. As to a person charged, making evidence for himself, it may be observed, that any appearance of art and management would affect the weight of such evidence, but that objection goes only to the credit to be given to it, and furnishes no reason why it should be excluded.

Verdict, not guilty.